**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-00910-PAB

KEITH CHIN, derivatively on behalf of NEWMONT CORPORATION,

Plaintiff,

v.

THOMAS R. PALMER,
KARYN F. OVELMEN,
NATASCHA VILJOEN,
GREGORY H. BOYCE,
BRUCE R. BROOK,
JANE NELSON,
JULIO M. QUINTANA,
RENÉ MÉDORI,
MAURA J. CLARK,
SUSAN N. STORY,
JOSÉ MANUEL MADERO,
EMMA FITZGERALD,
PHILIP AIKEN, and
SALLY-ANNE LAYMAN

Defendants,

and

NEWMONT CORPORATION, a Delaware Corporation,

Nominal Defendant.

---

**NOTICE OF FILING OF MOTION TO CONSOLIDATE**
**RELATED SHAREHOLDER DERIVATIVE ACTIONS**

---

Pursuant to D.C.COLO.LCivR 42.1, plaintiff Keith Chin hereby gives notice that a motion to consolidate this action was filed today in *Gunderson v. Palmer et al.*, Case No. 1:25-cv-00585-SKC-STV.

DATED: April 25, 2025

ROBBINS LLP

*s/ Kevin A. Seely*
Brian J. Robbins
Kevin A. Seely
Maria L. Mansur
5060 Shoreham Place, Suite 300
San Diego, CA 92122
Tel: (619) 525-3990
brobbins@robbinsllp.com
kseely@robbinsllp.com
mmansur@robbinsllp.com

*Attorneys for Plaintiff Keith Chin*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2025, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record.

*s/ Kevin A. Seely*
Kevin A. Seely